FERNANDA MISANI, PLAINTIFF-PETITIONER, v. ORTHO PHARMACEUTICAL CORP., *ET AL.*, DEFENDANTS-RESPONDENTS.

*Dr. Fernanda Misani, in propria persona.*

*Messrs. Pilney, Hardin & Kipp, Mr. Alfred I. Manson, Jr., Mr. Clyde A. Szuch* and *Mr. Stanley C. Smoyer* for the respondents.

December 11, 1962.   Denied.

ROSE WILSEY, PETITIONER-PETITIONER, v. JOHN REISINGER, RESPONDENT-RESPONDENT.

See same case below:   76 *N. J. Super.* 20.

*Mr. Eugene B. Beck* for the petitioner.

*Mr. Isidor Kalisch* for the respondent.

December 11, 1962.   Denied.